William L. Gavras, Esq.
GORMAN & GAVRAS
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342



Attorneys for Plaintiffs
MICHAEL EGAN and
BRIAN EGAN, a Minor,
By and through his
Guardian Ad Litem
MICHAEL EGAN

## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| MICHAEL EGAN and BRIAN EGAN, a Minor, by and through His Guardian Ad Litem MICHAEL EGAN<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 02-00007<br><br>DISCOVERY PLAN |

### DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rules 16.2, the parties agree to and hereby submit the following plan:

A. Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B. Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions

(25 maximum). Requests for production may also be propounded. This discovery shall be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

    C.    The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by local rules and FRCP Rule 26 by June 15, 2002. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

    D.    All parties will exchange names and reports (if any) of expert witnesses on or before July 5, 2002.

    E.    The specific subjects on which discovery may be needed are:

    Facts supporting the nature of the claims and defenses.

    F.    Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the federal and local rules.

    G.    The Cutoff date for discovery is August 9, 2002.

## APPROVED AS TO FORM AND CONTENT:

Dated: May 10, 2002.

Frederick A. Black, Esq.
UNITED STATES ATTORNEY

BY: _____
MIKEL W. SCHWAB. ESQ.
Assistant U.S. Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

**Egan v. United States of America, CIV 02-00007**
**Discovery Plan**
**May 10, 2002**

Dated: May 10, 2002.            GORMAN & GAVRAS

                                BY: _____
                                WILLIAM L. GAVRAS, ESQ.
                                Attorneys for Plaintiffs
                                MICHAEL EGAN AND BRIAN EGAN, a
                                Minor, by and through his Guardian Ad
                                Litem MICHAEL EGAN