William L. Gavras, Esq.
GORMAN & GAVRAS
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
MICHAEL EGAN and
BRIAN EGAN, a Minor,
By and through his
Guardian Ad Litem
MICHAEL EGAN

FILED
DISTRICT COURT OF GUAM
MAY 21 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

MICHAEL EGAN and BRIAN EGAN, a Minor,
by and through His Guardian Ad Litem
MICHAEL EGAN

                      Plaintiff,

vs.

UNITED STATES OF AMERICA,

                      Defendant.

CIVIL CASE NO. 02-00007

SCHEDULING ORDER

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1.     The nature of the case is as follows:

    Property Damage Negligence

ORIGINAL

**Egan v. United States of America**
CV 02-00007
Scheduling Order
May 10, 2002

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

   None at the present time.

   b) The following motions have been resolved:

   Not applicable.

   c) The following formal discovery has been initiated:

   None at the present time.

3. All Motions to add parties and claims shall be on or before:

   September 6, 2002

4. All Motions to amend pleadings shall be filed on or before:

   September 6, 2002

5. Status of Discovery:

   The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. ~~The parties shall appear before the District Court on May 23, 2002, at 3:00 p.m. for the Scheduling Conference.~~

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: August 9, 2002.

8. a) The anticipated discovery motions are:

   None at this time.

   b) All discovery motions shall be filed on or before August 23, 2002. These motions will be heard on or before September 13, 2002.

   c) All dispositive motions shall be filed on or before September 27, 2002 and heard on or before October 18, 2002.

9. The prospects for settlement are:

   Favorable

10. The Preliminary Pretrial Conference shall be held on October 29, 2002 at 4:00 p.m. (no later than 21 days to trial date).

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before November 4, 2002 (no later than 14 days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before November 4, 2002 (no later than 14 days prior to Trial).

3

13. The Final Pretrial Conference shall be held on November 12, 2002, at 4:00 p.m. (no later than 7 days prior to Trial).

14. The Trial shall be held on November 18, 2002 at 9:30 a.m.

15. The parties do not seek a jury trial.

16. It is anticipated that it will take one to two (1-2) days to try this case.

17. The names of counsel on this case are:

    William L. Gavras, Esq. for Plaintiffs Michael Egan and Brian Egan, a Minor, by and through His Guardian Ad Litem Michael Egan

    Mikel W. Schwab, Esq., Assistant United States Attorney for Defendant.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

    None at this time.

20. The following issues will affect the status or management of the case:

    Unknown at this time

DATED this __21st__ day of __May__, 2002.

HONORABLE JOHN S. UNPINGCO
Chief District Judge

4

**RECEIVED**
MAY 1 0 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**<u>Egan v. United States of America</u>**
**CV 02-00007**
**Scheduling Order**
**May 10, 2002**


APPROVED AS TO FORM AND CONTENT:

Dated: May 10, 2002.

Frederick A. Black, Esq.
UNITED STATES ATTORNEY

BY: _____
MIKEL W. SCHWAB, ESQ.
Assistant U.S. Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

Dated: May 10, 2002.

GORMAN & GAVRAS

For
BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHAEL EGAN and BRIAN EGAN,
A Minor, by and through His Guardian
Ad Litem MICHAEL EGAN.

5