ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL EGAN and BRIAN EGAN, a Minor, by and through His Guardian Ad Litem MICHAEL EGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 02-00007<br><br>SETTLEMENT CONFERENCE ORDER SCHEDULING SETTLEMENT CONFERENCE BEFORE JUDGE DEAN D. PREGERSON<br><br>DATE:	August 28, 2002<br>TIME:	9:30 a.m.<br>LOCATION:	District Court of Guam |

**READ THIS ORDER CAREFULLY**
**IT CONTROLS THE SETTLEMENT PROCEDURE FOR THIS CASE**

This action has been assigned to the calendar of Judge Dean D. Pregerson for the purpose of conducting a settlement conference.

1. **Presence of Lead Counsel.** The attorney attending the settlement conference must be the lead trial counsel.

2. **Presence of All Parties.** All parties to the litigation must attend the settlement conference. A representative with *unrestricted* settlement authority must appear on behalf of corporations and other business entities. In the case of actions involving the United States or any of its agencies, the Assistant United States Attorney in charge of the action must appear with the full measure of settlement authority provided by his or her superiors within the United States Attorney's Office.

3. **Insurance Matters.** In cases involving insurance, a representative with *unrestricted* settlement authority must appear on behalf of the insurance company.

4. **Confidential Settlement Letters.** A party may, as its option, submit a

confidential settlement letter no later than the day before the settlement conference. The letter should not be filed, but should be submitted under seal directly to the Judge's Chambers at the District Court of Guam. The letter should set forth the party's statement of the case and the party's settlement position, including the last offer or demand made by the party and a statement of the offer or demand the party is prepared to make at the settlement conference. The settlement conference letter shall be returned to the party that submitted the letter at the end of the settlement conference.

Dated: August 22, 2002.

_____
DEAN D. PREGERSON
United States District Judge