1  FREDERICK A. BLACK
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys For The United States Of America

FILED
DISTRICT COURT OF GUAM
AUG 29 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL EGAN and BRIAN EGAN, a Minor by and through His Guardian Ad Litem MICHAEL EGAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CIVIL CASE NO. 02-00007<br><br>**OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68** |

This is an offer of Judgment for Forty Five Thousand Dollars ($45,000.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter judgment. Should you fail to accept this offer and fail to gain a

//
//
//
//
//

**ORIGINAL**

final judgment against this defendant in excess of Forty Five Thousand Dollars ($45,000.00) you must pay all costs incurred after the date of this offer.

SO SUBMITTED this __28th__ day of August, 2002.

FREDERICK A. BLACK
United States Attorney
District of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney