William L. Gavras, Esq.
GORMAN & GAVRAS
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
MICHAEL EGAN and
BRIAN EGAN, a Minor,
By and through his
Guardian Ad Litem
MICHAEL EGAN

F I L E D
DISTRICT COURT OF GUAM
AUG 29 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE U.S. DISTRICT COURT

## OF GUAM

MICHAEL EGAN and BRIAN EGAN, a Minor,
by and through His Guardian Ad Litem
MICHAEL EGAN

               Plaintiff,

vs.

UNITED STATES OF AMERICA,

               Defendant.

CIVIL CASE NO. 02-00007

**ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now the Plaintiffs, by and through counsel, and hereby gives notice and accepts the offer of Judgment filed contemporaneously with this Acceptance.

Dated: August 29, 2002.

GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHAEL EGAN and BRIAN EGAN,
A Minor, by and through His Guardian
Ad Litem MICHAEL EGAN

Egan v. United States of America
CV 02-00007
Acceptance of Offer of Judgment
August 29, 2002

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Mikel W. Schwab Assistant U.S. Attorney, a true and correct copy of this document on or before August 29, 2002 as well as the Offer of Judgment Pursuant To Fed.R.Civ.P. Rule 68 executed the August 28, 2002.

Dated: August 29, 2002        GORMAN & GAVRAS

BY: *[signature]*
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHAEL EGAN and BRIAN EGAN, a
Minor, By and through his Guardian Ad
Litem MICHAEL EGAN